**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maria Guerra,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Costco Wholesale Corporation,<br><br>　　　　　Defendant. | Case No. 2:24-cv-06935-AH-(SKx)<br><br>**FINAL JUDGMENT** |

　　For the reasons stated in the separate order of dismissal entered on August 15, 2025, this action is dismissed without prejudice.

　　This is a final judgment.

Dated:  August 21, 2025

　　　　　　　　　　　　　　　　　　／s／ Anne Hwang
　　　　　　　　　　　　　　　　　　HON. ANNE HWANG
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE